# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT RUSH,<br><br>    Defendant. | **8:20CR164**<br><br>**ORDER** |

This matter is before the court on the motion of Assistant Federal Public Defender Michael J. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Robert Rush. (Filing No. 78). Michael J. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Michael J. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 78) is granted.

Donald L. Schense, 1304 Galvin Road South, Bellevue, NE 68005, (402) 291-8778, is appointed to represent Robert Rush for the balance of these proceedings pursuant to the Criminal Justice Act. Michael J. Hansen shall forthwith provide Donald L. Schense with the discovery materials provided the defendant by the government and such other materials obtained by Michael J. Hansen which are material to Robert Rush's defense.

The clerk shall provide a copy of this order to Donald L. Schense and the defendant.

**IT IS SO ORDERED.**

Dated this 23rd day of June, 2021.

                  BY THE COURT:

                  s/ Michael D. Nelson
                  United States Magistrate Judge